**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Melissa Wamp
Plaintiff,
v.                                              Case No.: 1:17−cv−00532−WES−LDA

Orthopedics Group, Inc., et al.
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

November 21, 2017                               By the Court:

                                                /s/ John J. McConnell, Jr.
                                                United States District Judge